IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Brooke, a married woman dealing with her sole and separate claim,<br><br>                    Plaintiff,<br><br>     vs.<br><br>LQCG, INC., an Arizona corporation, d/b/a Holiday Inn Express & Suites Casa Grande,<br><br>                    Defendant. | No. 2:18-cv-4755-HRH |

O R D E R

Case Dismissed

By order of February 12, 2019,[1] plaintiff's complaint was dismissed without prejudice and with leave to file an amended complaint on or before February 19, 2019. No amended complaint has been filed as of this date.

Again, plaintiff's complaint is dismissed without prejudice, and this case is closed.

DATED at Anchorage, Alaska, this  27th  day of February, 2019.

                                        /s/ H. Russel Holland
                                        United States District Judge

---

[1]Docket No. 13.